| | |
|---|---|
| 1 | ROSS A. SPECTOR, ESQ. (S.B. #135949) |
| | SPECTOR & BENNETT |
| 2 | A Professional Corporation |
| | 50 California Street, 15th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 439-5390 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | XEROX CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| XEROX CORPORATION, | | Case No: C05 02552 SI |
| | Plaintiff, | **STATUS REPORT PREPARED BY PLAINTIFF XEROX CORPORATION; REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE DATE; ORDER** |
| vs. | | |
| BANGA CONSTRUCTION & DEVELOPMENT, INC., | | |
| | Defendant. | |
| _____/ | | |

1.  Notwithstanding that the complaint in this matter was filed on June 22, 2005, to date plaintiff has been unable to effectuate service of process upon the defendant.

//
//
//
//
//
//
//
//

**STATUS REPORT PREPARED BY PLAINTIFF XEROX CORPORATION; REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFRENCE DATE; ORDER**  1

1    2.    Notwithstanding the foregoing plaintiff's efforts to serve the defendant are ongoing. Thereto, plaintiff requests that the case management conference set for November 4, 2005 be continued to December 2, 2005 at 2:00 p.m. Plaintiff anticipates that it will dismiss this matter prior to December 2, 2005 to the extent service is not effectuated upon the defendant by such time.

DATED: October 18, 2005

                                      SPECTOR & BENNETT
                                      A Professional Corporation

                                      /s/
                                      Ross A. Spector
                                      Attorneys for Plaintiff
                                      XEROX CORPORATION

## ORDER

The November 4, 2005 Case Management Conference set in this matter is hereby continued to December 2, 2005 at 2:00 p.m.

DATED:



                                      Hon. Susan Illston
                                      United States District Judge

**STATUS REPORT PREPARED BY PLAINTIFF XEROX CORPORATION; REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFRENCE DATE; ORDER**    2