ROSS A. SPECTOR, ESQ. (S.B. #135949)
SPECTOR & BENNETT
A Professional Corporation
50 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 439-5390

Attorneys for Plaintiff
XEROX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XEROX CORPORATION,<br><br>  Plaintiff,<br><br>vs.<br><br>BANGA CONSTRUCTION & DEVELOPMENT, INC.,<br><br>  Defendant.<br>_____ / | Case No: C 05 02552 SI<br><br>**APPLICATION AND ORDER AUTHORIZING SERVICE OF PROCESS ON THE CALIFORNIA SECRETARY OF STATE** |

1. Plaintiff Xerox Corporation has attempted service of process upon defendant BANGA CONSTRUCTION & DEVELOPMENT, INC. at the designated address listed with the California Secretary of State. A copy of said listing is attached hereto as Exhibit A.

2. The address for service is a bad address and there is no forwarding address on file. A copy of the Declaration of Non-Service is attached hereto as Exhibit B.

//
//
//
//
//

APPLICATION AND ORDER AUTHORIZING SERVICE OF PROCESS
ON THE CALIFORNIA SECRETARY OF STATE                                                                      1

1        3.    Thereto, pursuant to California Corporations Code Section 17061(c)(1), request is hereby made for an order authorizing service upon defendant BANGA CONSTRUCTION & DEVELOPMENT, INC via the California Secretary of State.

DATED:   November 11, 2005         SPECTOR & BENNETT
                                                  A Professional Corporation

                                                  /s/

                                      _____
                                      Ross A. Spector, Esq.
                                      Attorneys for Plaintiff
                                      XEROX CORPORATION

**IT IS SO ORDERED.**



APPLICATION AND ORDER AUTHORIZING SERVICE OF PROCESS
ON THE CALIFORNIA SECRETARY OF STATE             2

# EXHIBIT A

# California Business Portal

**Secretary of State BRUCE McPHERSON**

**DISCLAIMER:** The information displayed here is current as of NOV 04, 2005 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| BANGA CONSTRUCTION & DEVELOPMENT, INC. |||
| **Number:** C2509819 | **Date Filed:** 5/7/2003 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 801 AUGUSTA CT |||
| CONCORD, CA 94518 |||
| Agent for Service of Process |||
| WILLIAM M RUBENDALL |||
| 801 AUGUSTA CT |||
| CONCORD, CA 94518 |||

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SPECTOR & BENNETT<br>ATTORNEYS AT LAW<br>50 CALIFORNIA STREET, 15TH FLOOR<br>SAN FRANCISCO, CA 94111 | (415) 439-5390 | |
| | REFERENCE NUMBER<br>0G942974-01 | |
| ATTORNEY FOR (NAME) PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
XEROX CORPORATION vs. BANGA CONSTRUCTION

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0502552 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I received the following documents:

SUMMONS AND COMPLAINT, ALTERNATIVE DISPUTE RESOLUTION (ADR) PACKAGE, CIVIL CASE COVER SHEET, NOTICE OF INTERESTED PARTIES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, NOTICE OF AVAILABILITY

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:

Name:     BANGA CONSTRUCTION & DEVELOPMENT, INC

Business:   801 AUGUSTA COURT
            CONCORD, CA 94518

Process is being returned without service for the following reason(s):

| Date | Time | Reason |
|---|---|---|
| 06/27/05 | 06:05 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. BLUE VOLVO IN DRIVEWAY. |
| 06/29/05 | 07:26 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 06/30/05 | 07:20 am | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 07/02/05 | 10:16 am | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. BLUE VOLVO IN DRIVEWAY. |
| 07/04/05 | 05:28 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 07/06/05 | 08:50 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. LIGHTS OFF IN RESIDENCE. VOLVO IN DRIVEWAY. |
| 07/08/05 | 08:43 am | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 07/10/05 | 06:20 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. SERVER TRIED NEIGHBOR, NO RESPONSE. |
| 07/12/05 | 05:13 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. SERVER TRIED NEIGHBOR, NO RESPONSE. |

(CONTINUED ON NEXT PAGE)

Fee for service:    $ 70.98

[X] Registered: . . . CONTRA COSTA . . . County,
    Number: . . . . . 588 . . . . . . . . . . . .
    Attorney's Diversified Services
    3640 Grand Ave. Suite 206
    OAKLAND, CA 94610
    (510) 835-9176    Client File # NOT PROVIDED

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . July 28, 2005 . . . . . . . . ,
at: . . . . Oakland, CA 94610 . . , California.

Signature: _____
Name: ROBERT RONALD, SURE SERVE INC.
Title: REGISTERED INDEPENDANT CONTRACTOR

# ATTACHMENT TO NON SERVICE REPORT

CASE NAME: XEROX CORPORATION vs. BANGA CONSTRUCTION

Continued...

| | | |
|---|---|---|
| 07/13/05 | 07:48 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 07/14/05 | 09:20 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. LIGHTS ON IN RESIDENCE. |
| 07/16/05 | 10:34 am | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. VOLVO IN DRIVEWAY. |
| 07/18/05 | 04:45 pm | I/WE ARE UNABLE TO COMPLETE SERVICE WITH THE INFORMATION PROVIDED. DOCUMENTS ARE BEING PLACED ON HOLD AT THIS TIME. IF YOU SHOULD HAVE ANY OTHER INFORMATION THAT WOULD AID WITH THIS SERVICE, PLEASE CONTACT OUR OFFICE AS SOON AS POSSIBLE. IF YOU WOULD LIKE ASSISTANCE IN LOCATING THE SERVEE, WE OFFER SKIP TRACING SERVICE STARTING AT $79.50 AND POSTAL INQUIRIES FOR $20.50. IF NO NEW INFORMATION IS RECEIVED FROM YOUR OFFICE, THIS ORDER WILL BE CLOSED AND RETURNED IN TEN (10) DAYS. |
| 07/28/05 | 02:00 pm | HOLDING PERIOD HAS EXPIRED. IN AN EFFORT TO KEEP OUR FILES CURRENT, WE ARE RETURNING THE SERVICE DOCUMENTS FOR FURTHER ACTION. IF YOU SHOULD OBTAIN ADDITIONAL INFORMATION, PLEASE RE-SUBMIT TO US FOR SERVICE. |