|   |   |
|---|---|
| 1 | ROSS A. SPECTOR, ESQ. (S.B. #135949)<br>SPECTOR & BENNETT |
| 2 | A Professional Corporation<br>50 California Street, 15th Floor |
| 3 | San Francisco, California 94111<br>Telephone: (415) 439-5390 |
| 4 | |
| 5 | Attorneys for Plaintiff<br>XEROX CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| XEROX CORPORATION, | | Case No: C05 02552 SI |
| | Plaintiff, | **STATUS REPORT PREPARED BY PLAINTIFF XEROX CORPORATION; REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE DATE; ORDER** |
| vs. | | |
| BANGA CONSTRUCTION & DEVELOPMENT, INC., | | |
| | Defendant. | |
| _____/ | | |

1. Notwithstanding that the complaint in this matter was filed on June 22, 2005, plaintiff had been unable to effectuate service of process upon the defendant. As such on November 11, 2005 plaintiff applied to the court for an Order authorizing service of process upon the California Secretary of State pursuant to California Corporations Code Section 17061(c)(1). The court granted said application on November 15, 2005 and the California Secretary of State was served on November 21, 2005. The proof of service will be filed under separate cover.

//

//

//

//

**STATUS REPORT PREPARED BY PLAINTIFF XEROX CORPORATION; REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFRENCE DATE; ORDER**          1

1  2. Thereto, plaintiff requests that the case management conference set for December 1, 2005 be continued to January 20, 2006 at 2:00 p.m. to allow sufficient time to pass for defendant to respond to the complaint, and to the extent defendant does not respond, as is expected, sufficient time for plaintiff to prepare and for the court to review plaintiff's application for the entry of a default judgment.

DATED: November 29, 2005

SPECTOR & BENNETT
A Professional Corporation

/s/
_____
Ross A. Spector
Attorneys for Plaintiff
XEROX CORPORATION

**ORDER**

The December 1, 2005 Case Management Conference set in this matter is hereby continued to January 20, 2006 at 2:00 p.m.

DATED:

GRANTED
Judge Susan Illston

**STATUS REPORT PREPARED BY PLAINTIFF XEROX CORPORATION; REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFRENCE DATE; ORDER**     2